## (December 31, 1975)

■ CATHERINE BISERNI et al., Appellants, v JOHN J. CULHANE et al.,

Respondents.—In a negligence action to recover damages for personal injuries, etc., in which a jury verdict was returned in favor of defendants, plaintiffs appeal from an order of the Supreme Court, Westchester County, dated April 19, 1974, which denied their motion, *inter alia,* to set aside the verdict. Order affirmed, without costs. Under the circumstances of this case, it cannot be said that the jury's verdict was contrary to the weight of the evidence *(Olsen v Chase Manhattan Bank,* 10 AD2d 539, affd 9 NY2d 829; *Goldberg v Elkom Co.,* 47 AD2d 539; *Roth v City of New York,* 31 AD2d 817; *Pertofsky v Drucks,* 16 AD2d 690). Hopkins, Acting P. J., Martuscello, Cohalan, Brennan and Munder, JJ., concur.